IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEO Henry, Jr.: Albertson, a living Christian Man, removing intervener and Libelant,<br><br>STATE OF OREGON, a sub-chartered Municipal Corporation and artificial person, EIN # 931070707,<br><br>    Libelee and (putative) Plaintiff,<br><br>    v.<br><br>LEO HENRY (HANK) ALBERTSON, JR.,<br><br>    Defendant. | Dist. Court No. CV 07-3014-PA<br><br>Ninth Circuit No. 07-35364<br><br><br>**SECOND ORDER REGARDING FUNDS RECEIVED FROM LEO HENRY ALBERTSON, JR.** |
| LEO HENRY ALBERTSON, JR.,<br><br>    v.<br><br>UNITED STATES, et al.,<br><br>    Defendants. | Dist. Court No. CV 07-529-PA<br><br>Ninth Circuit No. 07-35356 |

**PANNER, District Judge:**

    The court has received two checks from Leo Henry Albertson, one in the amount of three hundred and fifty dollars and the other in the amount of four hundred and fifty five dollars. This court previously determined that Mr. Albertson does not owe the court this money. This court directed that the money

1 - SECOND ORDER REGARDING FUNDS

be returned to him. Mr. Albertson has again sent this money to the Clerk, along with accusations of "fraud and conspiracy."

The court is unable to accept this money, since it is not due. Mr. Albertson, for reasons known only to him, keeps insisting on paying it anyway.

For safekeeping, the Clerk shall deposit the two checks, totaling eight hundred and five dollars, in an interest-bearing account, in a manner similar to how the clerk treats interpled funds deposited with the court. Albertson has requested that when the Ninth Circuit resolves Mr. Albertson's appeals, it also instruct this court what to do with the funds at issue.

DATED this ___31___ day of May, 2007.

_____
OWEN M. PANNER
UNITED STATES DISTRICT JUDGE

2 - ORDER REGARDING FILING FEES AND OTHER FUNDS